NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CUMMINS INC.,
*Plaintiff-Appellant,*

v.

TAS DISTRIBUTING COMPANY, INC.,
*Defendant-Appellee.*

---

2010-1134

---

Appeal from the United States District Court for the Central District of Illinois in case no. 09-CV-1096, Judge Joe Billy McDade.

---

## ON MOTION

---

## ORDER

Upon consideration of Cummins Inc.'s motion for a 60-day extension of time, until March 10, 2011, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

__DEC 2 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan R. Spivey, Esq.
    Karen L. Kendall, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK